**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**IN RE:**

**CASE NO.: 6:21-bk-04379-LVV**
**Anne Marie Hayes,**                                                                 **Chapter 13**

_____**Debtor**_____/

**OBJECTION TO CLAIM #4-1 AS FILED BY**
**CAPITAL ONEBANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT**
**PURSUANT TO LOCAL RULE 3001(C)**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party's Attorney Elayne M. Conrique at 746 N. Magnolia Avenue, Orlando, FL 32803 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing date or the Court will consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

**COMES NOW**, Debtor, Anne Marie Hayes, by and through the undersigned counsel, and file this Objection to the Claim of Creditor Capital One Bank (USA), N.A. by American InfoSource as agent (Hereinafter "Creditor"), and the Debtor states as follows:

1. The Creditor filed an unsecured claim (claim no 4-1) in the amount of $1,475.84 on October 14, 2021, with account number ending in 3523.

2. On October 18, 2021, Debtor's counsel reached out to Creditor pursuant to 3001(c)(3)(B), Bankruptcy Rule of Procedure, requesting Creditor to provide proof its claim is brought beyond the statute of limitations. As of the date of this objection, Creditor has failed to provide the requested proof as of the date of this objection.

3. Creditor has had five (5) years within which to exercise its remedies and it failed to make such a claim until October 14, 2021, well beyond its five (5) year limitation.

4. The Court in *Avelo v. Park Finance* describes the purpose of Statutes of limitations as being "…intended to encourage the enforcement of legal remedies before time dilutes memories, witnesses move to greener pastures, and parties pitch out (or "delete," in the electronic age) old records…" See *15 So. 3d 660 (2009).*

5. Debtor objects to allowing this claim in his bankruptcy.

**WHEREFORE**, Debtor, by and through the undersigned counsel, request an Order sustaining this objection and disallowing the Claim (Claim No. 4-1) of Capital One Bank (USA), N.A. by American InfoSource as agent, as filed beyond the statute of limitations, and order such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of December, 2021, a true and correct copy of the foregoing has been furnished electronically to Laurie Weatherford, Chapter 13 Trustee, and by United States regular mail and/or certified mail, postage prepaid, to Arpan Parmar, Authorized Representative for Creditor, at 4515 N. Santa Fe Ave., Oklahoma City, OK 73118; and Capital One Bank (USA), N.A. by American InfoSource as agent, Attn: Officer, at 4515 N. Santa Fe Ave., Oklahoma City, OK 73118

Respectfully submitted,

**/s/Elayne M. Conrique, Esq.**
Elayne M. Conrique, Esquire
Florida Bar No. 581151
*Attorney for debtors*
Perez Conrique Law
746 N. Magnolia Ave.
Orlando, Florida 32803
Telephone:  (407) 545-4400
Facsimile:   (407) 545-4401
service@perezconrique.com